Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 23–04925
Chapter: 7
Judge: Donald R Cassling

In Re:
  Octayvia M McDonald
  Po Box 201933
  Chicago, IL 60620

Social Security No.:
  xxx–xx–9957

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held in:

Courtroom 619, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom

on September 26, 2023 at 09:30 AM

TO CONSIDER AND ACT UPON the following: Courts Motion to Dismiss Case due to failure to pay filing fee. The amount owed at this time is $22.00. Submit payment in the form of cash or money order payable to the U.S.B.C.

**All parties may appear for the hearing either in person in the courtroom or using Zoom for Government.**

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID and passscode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 414 7941 and the passcode is 619. The meeting ID and passcode can also be found on the judge's page on the court's web site: https://www.ilnb.uscourts.gov.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

For the Court,

Dated: August 24, 2023

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court